F I L E D
Clerk
District Court

JAN 23 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>GUO, Zhan Dong<br><br>        Defendant. | Case No.: **CR 08 - 00005**<br><br>**COMPLAINT**<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>Distribution of a Controlled Substance<br>(Counts 1 - 3) |

On information and belief, as stated in the supporting Affidavit:

### COUNT 1

(Distribution of a Controlled Substance)

That on or about January 9, 2008, in the District of the Commonwealth of the Northern Mariana Islands, GUO Zhan Dong, the defendant, did knowingly and intentionally distribute a controlled substance, to wit, approximately 0.6 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)(b)(1)(C).

### COUNT 2

(Distribution of a Controlled Substance)

That on or about January 10, 2008, in the District of the Commonwealth of the Northern Mariana Islands, GUO Zhan Dong, the defendant, did knowingly and intentionally distribute a controlled substance, to wit, approximately 0.4 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)(b)(1)(C).

## COUNT 3

(Distribution of a Controlled Substance)

That on or about January 10, 2008, in the District of the Commonwealth of the Northern Mariana Islands, GUO Zhan Dong, the defendant, did knowingly and intentionally distribute a controlled substance, to wit, approximately 0.3 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)(b)(1)(C).

_____
CRAIG N. MOORE
Assistant U.S. Attorney