AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ____the Northern Mariana Islands____

**FILED**
Clerk
District Court

JAN 24 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

V.

**WARRANT FOR ARREST**

GUO, ZHAN DONG

Defendant.

CASE NUMBER: CR 08-00005

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____GUO, ZHAN DONG____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Distribution of a Controlled Substance (Counts 1-3)**

RECEIVED
JAN 23 2008
US MARSHALS SERVICE CNMI

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

and in violation of Title ____ United States Code, Section (s) ____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 1-23-08           SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ NO BAIL | by /s/ Alex R. Munson |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ____

| DATE RECEIVED  01-23-08 | NAME AND TITLE OF ARRESTING OFFICER  PETER CAMACHO  DEA TFO | SIGNATURE OF ARRESTING OFFICER  /s/ N. Hall FOR P. CAMACHO  SDUSM |
|---|---|---|
| DATE OF ARREST  01-23-08 | | |