# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CR-08-00005                                                      January 24, 2008
                                                                      3:45 p.m.

### UNITED STATES OF AMERICA  -vs- GUO, ZHAN DONG

PRESENT:   HON. FRANCES TYDINGCO-GATEWOOD,
           DESIGNATED JUDGE  PRESIDING (via Video Conference)
           TINA P. MATSUNAGA, DEPUTY CLERK
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           ROBERT TORRES, COURT APPOINTED COUNSEL FOR DEFENDANT
           GUO, ZHAN DONG, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

Defendant appeared with counsel Robert Torres.  Government was represented by Craig Moore, Assistant U.S. Attorney.  Also present were U.S. Probation Officer, Melinda Brunson and FBI Special Agent, Daniel Holcomb.

Norman Xing, was sworn as interpreter/translator of the Mandarin language.

Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.  Defendant was advised that he did qualify for Court Appointed counsel and that Attorney Robert Torres was appointed to represent the defendant.  Attorney Robert Torres and defendant consented to the video conference hearing.

Assistant U.S. Attorney Craig Moore requested for the detention of the defendant and requested the Court to continue the matter for a detention hearing.  Counsel for defendant had no objection.

Court set the Detention Hearing for Monday, January 28, 2008.  The deputy clerk will notify the parties as to the time of the hearing.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

                                            Adjourned at 3:55 p.m.


                                            /s/Tina P. Matsunaga, Deputy Clerk