LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant U.S. Attorney
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Telecopier: (670) 236-2985

Attorneys for United States of America

```
                    F I L E D
                       Clerk
                    District Court

                    JAN 2 8 2008

              For The Northern Mariana Islands
              By_____
                      (Deputy Clerk)
```

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00005 |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | DETENTION HEARING; AND |
| GUO, Zhan Dong, ) | ORDER |
| ) | |
| Defendant. ) | |

The parties in the above entitled matter, the United States of America, and the defendant through his counsel, Robert T. Torres, hereby stipulate and request that the detention hearing set for January 28, 2008 be continued to January 30, 2008 at 1:30 p.m. The reason for the request is that government counsel has a long-standing appointment for dental work that requires several hours and which government counsel has already had to reschedule once. If counsel is unable to keep that appointment, the work will remain unfinished until the dentist's return from off-island at the end of February.

//

//

//

1  //
2  //
3  //
4      SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
District of Guam and NMI

7  __1/25/08__
8  Date

CRAIG T. MOORE
Assistant U.S. Attorney

10  __1/25/08__.
11  Date

ROBERT T. TORRES
Attorney for Defendant

### ***ORDER***

**IT IS APPROVED AND SO ORDERED** that the detention hearing set for January 28, 2008, is continued to January 30, 2008, at 1:30 p.m.

20  __1/28/08__
    Date

DAVID A. WISEMAN
Designated Judge