# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CR-08-00005                                                          January 30, 2008
                                                                     2:10 p.m.

## UNITED STATES OF AMERICA  -vs- GUO, ZHAN DONG

PRESENT:    HON. DAVID A. WISEMAN, DESIGNATED JUDGE  PRESIDING
            TINA P. MATSUNAGA, DEPUTY CLERK
            SANAE N. SHMULL, COURT REPORTER
            CRAIG MOORE, ASSISTANT U.S. ATTORNEY
            ROBERT TORRES, COURT APPOINTED COUNSEL FOR DEFENDANT
            GUO, ZHAN DONG, DEFENDANT

PROCEEDINGS:   DETENTION HEARING

      Defendant appeared with counsel Robert Torres and interpreter, Norman Xing. Government was represented by Craig Moore, Assistant U.S. Attorney. Also present were U.S. Probation Officer, Melinda Brunson and FBI Special Agent, Daniel Holcomb.

      Norman Xing, was sworn as interpreter/translator of the Mandarin language.

      Defense moved to waive the Probable Cause Determination Hearing. Court so ordered, and found that there was probable cause to detain the defendant.

      Court remanded the defendant back into the custody of the U.S. Marshal pending further order of the Court.

      Adjourned at 2:15 p.m.

      /s/Tina P. Matsunaga, Deputy Clerk