ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  CRAIG N. MOORE
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
       MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   TEL.: (670) 236-2980
6
   Attorneys for the United States of America
7

RECEIVED

JAN 2  2008

US MARSHALS SERVICE-CNMI

F I L E D
Clerk
District Court

FEB - 8 2008

For The Northern Mariana Islands
By_____
                (Deputy Clerk)

8

9       IN THE UNITED STATES DISTRICT COURT

10      FOR THE NORTHERN MARIANA ISLANDS

11

12  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 08-00005
                                       )
13                 Plaintiff,          )
                                       )
14          vs.                        )    WRIT OF HABEAS CORPUS
                                       )    AD PROSEQUENDUM
15  GUO, Zhan Dong,                    )
                                       )
16                 Defendant.          )
                                       )
17

18  TO:    Department of Public Safety
           Corrections Facility
19

20       This Court finds that GUO, Zhan Dong is now in the custody of the Department of Public

21  Safety Corrections Facility, and that said prisoner is required to appear before this Court for

22  arraignment and subsequent Prosecution in the above captioned case

23       IT IS HEREBY ORDERED that the CNMI Director of Department of Public Safety or his

24  authorized agent, or any Federal law enforcement agent shall produce GUO, Zhan Dong before this

25  Court on January 30, 2008, at 1:30 p.m., and whenever necessary hereafter to attend court

26  appearances in the above-entitled case and upon completion of said prosecution and/or Court

27  appearances and/or upon further order of the Court, return said prisoner to his place of

28

1  confinement.

2

3   **SO ORDERED** this ___26th___ day of January, 2008.

4

5

6                                   DAVID J. WISEMAN
                                    Designated Judge
7                                   District Court of Northern Mariana Islands

8

9   SUBMITTED BY:

10  LEONARDO M. RAPADAS
    United States Attorney
    Districts of Guam and NMI

11

12  By:

13  _____
    CRAIG N. MOORE
    Assistant U.S. Attorney

14

15

16

17                  MARSHALS RETURN                          MARSHALS RETURN
    I HAVE (PARTIALLY) EXECUTED THIS          I HAVE (PARTIALLY) EXECUTED THIS
18  Writ Ad Pros BY TAKING CUSTODY OF         Writ Ad Pros BY TAKING CUSTODY OF
    THE WITHIN NAMED ___Defendant___          THE WITHIN NAMED ___Defendant___
19  AT ___USDC NMI___ ON ___                  AT ___USDC NMI___ ON ___
20  AND DELIVERING HIM , HER TO THE           AND DELIVERING HIM , HER TO THE
21  ___CNMI   DOC___ FOR FURTHER              ___CNMI   DOC___ FOR FURTHER
    TRANSFER TO ___USDC   NMI___              TRANSFER TO ___USDC   NMI___
22        x 1 day Court                             x 1 day Court
23

24                                                       CIDUSM #3086
25   Writ Ad Pros      O                                 W. Calvert
26                         Defendant                     USMS, NMI
27   USDC NMI              2/8/08
28   CNMI Dit of Cor _____
                        Federal Detention
          local changes dropped
              in lieu of Federal Case