FILED
Clerk
District Court

FEB 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>GUO, ZHAN DONG,<br><br>                    Defendant. | Case No.: 08 - 00005<br><br>**ORDER GRANTING ENLARGEMENT OF TIME WITHIN WHICH TO FILE CHARGES PURSUANT TO STIPULATION AND WAIVER** |

## ORDER

The defendant, through his attorney, having represented to the Court that he requests the Court to enlarge the time within which formal charges must be filed against him by Indictment or Information; and

The parties having stipulated and agreed that an enlargement of time up to and including March 31, 2008 is appropriate, necessary, and will not result in prejudice to the defendant, and further that such enlargement is not requested for the purposes of delay;

The Court finds pursuant to 18 U.S.C. § 3161 (h)(8)(A) that the ends of justice served by allowing the enlargement of time before an Indictment or Information must be filed in this case is in the defendant's interest and outweighs any other interests the public or the defendant may have in the filing of an Indictment or Information within thirty (30) days of Defendant's initial

appearance before this court following his arrest; and it is therefore

ORDERED that:

Pursuant to the Stipulation and Waiver filed by the parties, the time within which an Indictment or Information must be filed in this case is hereby enlarged up to and including March 31, 2008.

IT IS SO ORDERED.

DATED: February 20, 2008.

DAVID WISEMAN
U. S. District Court Judge Designate

The undersigned parties stipulate to this order both as to form and substance on this the ____ of February 2008. The defendant specifically acknowledges the waiver of his right to have an Indictment or Information filed against him within thirty (30) days of his initial appearance before this Court and an enlargement of time for the filing of such charges up to and including March 31, 2008.

RECEIVED
FEB 2 0 2008
Clerk
District Court
The Northern Mariana Islands

- 2 -