# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-08-00005                                                                 March 19, 2008
                                                                                          9:40 a.m.

### UNITED STATES OF AMERICA -V- GUO, ZHAN DONG

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
           ROBERT TORRES, ATTORNEY FOR DEFENDANT
           GUO, ZHAN DONG, DEFENDANT

PROCEEDINGS:   **WAIVER OF INDICTMENT; FILING OF INFORMATION AND ENTRY OF PLEA**

Defendant appeared with counsel, Attorney Robert Torres. Government was represented by Beverly McCallum, AUSA.

Norman Xing was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Waiver of Indictment and Plea.

Defendant stated that he wished to waive the indictment and enter a plea to the charges in the information. The defendant and his interpreter signed the waiver previously; but, acknowledged in open court, that he had indeed signed the waiver and that it was his signature. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY to Count I; Count II; and Count III.** Court found that the defendant was fully competent to enter a knowing and voluntary pleas. Court accepted the pleas and the Plea Agreement.

      Court ordered that a Presentence Investigation Report be submitted by Tuesday, May 20, 2008 and that the **Sentencing hearing be set for Tuesday, June 24, 2008 at 9:00 a.m.**

      Court ordered that the defendant be remanded into the custody until further order of the Court.

      Adjourned at 10:40 a.m.

      /s/K. Lynn Lemieux, Courtroom Deputy