```
                                         F I L E D
                                            Clerk
                                        District Court
```

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS    MAR 1 9 2008

For The Northern Mariana Islands
By_____
                    (Deputy Clerk)

|  |  |
|---|---|
| UNITED STATES of AMERICA, | Case No.: 08-00005 |
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| GUO, ZHAN DONG, | |
| Defendant. | |

## WAIVER OF INDICTMENT

I, GUO, ZHAN DONG, understand that I am being accused of Distribution of a Controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). I have also been advised that this charge is a felony offense and that the Fifth Amendment to the Constitution of the United States provides that no such charge may be filed unless first presented to, considered by, and voted upon by a grand jury. Having been so advised and after consulting with my counsel, I hereby knowingly, voluntarily, and intelligently waive my right to have the charge against me presented to the grand jury. I also knowingly, voluntarily, and intelligently consent to the filing of and proceedings upon an Information setting forth the charge against me in this case.

_____        2-25-08
GUO, ZHAN DONG                          Date
Defendant


Translated by: _____

Norman Xing  2-25-08

1