UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

MAR 19 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES of AMERICA, ) | Case No.: 08-00005 |
| Plaintiff, ) | **INFORMATION** |
| v. ) | Violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| GUO, ZHAN DONG, ) | Distribution of a Controlled Substance (Counts 1 - 3) |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

(Distribution of a Controlled Substance)

That on or about January 9, 2008, on Tinian, Commonwealth of the Northern Mariana Islands, in the District of the Northern Mariana Islands, GUO, Zhan Dong, the defendant, knowingly and intentionally distributed approximately 0.19 grams of d-methamphetamine hydrochloride, a Schedule II controlled substance, in the form commonly known as "ice," in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 2

(Distribution of a Controlled Substance)

That on or about January 10, 2008, on Tinian, Commonwealth of the Northern Mariana Islands, in the District of the Northern Mariana Islands, GUO, Zhan Dong, the defendant, knowingly and intentionally distributed approximately 0.22 grams of

d-methamphetamine hydrochloride, a Schedule II controlled substance, in the form commonly known as "ice," in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

(Distribution of a Controlled Substance)

That on or about January 10, 2008, on Tinian, Commonwealth of the Northern Mariana Islands, in the District of the Northern Mariana Islands, GUO, Zhan Dong, the defendant, knowingly and intentionally distributed approximately 0.19 grams of d-methamphetamine hydrochloride, a Schedule II controlled substance, in the form commonly known as "ice," in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

DATED this 19th day of March, 2008

LEONARDO RAPADAS
United States Attorney
Districts of Guam and
the Northern Mariana Islands

_____
BEVERLY R. McCALLUM
Assistant United States Attorney