FILED
Clerk
District Court

MAY -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZHANG DONG GUO,<br><br>Defendant. | Criminal Action No. 08-00005<br><br><br>Order Rescheduling Sentencing |

Beverly McCallum
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Robert T. Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950

The Sentencing for Zhang Dong Gou scheduled for Tuesday, June 24, 2008, is rescheduled to Friday, June 20, 2008, at 10:30 a.m.

IT IS SO ORDERED.

DATED this 7th day of May, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)