F I L E D
Clerk
District Court

JUN 1 2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ZHAN DONG GUO, ) <br> ) <br> Defendant. ) <br> ) | No.: CR 08 – 00005 <br><br> **ORDER** <br><br> (SEALED) |

Having reviewed the government's motion to seal, and good cause appearing,

IT IS HEREBY ORDERED sealing the government's Motion for Downward Departure for Substantial Assistance and attached Memorandum of Points and Authorities, and the Certificate of Service thereon.

IT IS FURTHER ORDERED that the government's Motion to Seal the aforementioned documents, and this order, be sealed until further order of the Court.

DATED this 12TH day of June, 2008.

_____
ALEX R. MUNSON
Chief Judge, United States District Court

**RECEIVED**

JUN 1 2 2008

Clerk
District Court
The Northern Mariana Islands