**Robert Tenorio Torres**
**Attorney at Law**
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for GUO ZHAN DONG

# UNITED STATES DISTRICT COURT THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 08-00005 |
| Plaintiff, | **REQUEST FOR CONTINUANCE OF SENTENCING HEARING** |
| vs. | |
| **GUO, ZHAN DONG,** | Hearing: July 1, 2008 |
| Defendant. | Time: 8:30 am |
| | Judge: Alex R. Munson |

Counsel for Defendant GUO, ZHAN DONG, hereby requests to continue the sentencing hearing currently scheduled for June 20, 2008 at 9:00am, to July 1, 2008 at 8:30am. The request for continuance is made as Counsel for defendant will be off-island to accompany his son for a dental procedure. Counsel for Plaintiff has no objection to this request.

Respectfully submitted this 16th day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　ROBERT T. TORRES   F 1097
　　　　　　　　　　　　　　　　　　　　　　Attorney at Law

**Robert Tenorio Torres**
**Attorney at Law**
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for GUO ZHAN DONG

## UNITED STATES DISTRICT COURT THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**GUO, ZHAN DONG,**<br><br>　　　　　　Defendant. | Case No. 08-00005<br><br>**REQUEST FOR CONTINUANCE OF SENTENCING HEARING**<br><br>Hearing: July 1, 2008<br>Time: 8:30 am<br>Judge: Alex R. Munson |

Counsel for Defendant GUO, ZHAN DONG, hereby requests to continue the sentencing hearing currently scheduled for June 20, 2008 at 9:00am, to July 1, 2008 at 8:30am. The request for continuance is made as Counsel for defendant will be off-island to accompany his son for a dental procedure. Counsel for Plaintiff has no objection to this request.

Respectfully submitted this 16th day of June, 2008.

_____/s/_____  
ROBERT T. TORRES   F 1097  
Attorney at Law