UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUN 16 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ZHANG DONG GUO,

Defendant.

Criminal Action No. 08-00005

Order Rescheduling Sentencing

Beverly McCallum
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

Robert T. Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950

The Sentencing for Zhang Dong Guo scheduled for Friday, June 20, 2008, is rescheduled to Tuesday, July 1, 2008, at 8:30 a.m.

IT IS SO ORDERED.

DATED this 16th day of June, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)